COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER AND
NOTICE OF INTENT TO DISMISS

Appellate case name:        Gary T. Bohnert v. Portfolio Recovery Associates, LLC

Appellate case number:   01-14-00043-CV

Trial court case number:   1027830

Trial court:               County Civil Court at Law No. 2 of Harris County

On June 5, 2014, appellant, Gary T. Bohnert, representing that the parties have reached a settlement that has "been consummated by tender and receipt to the agreed-to settlement amount," filed a motion to vacate the trial court's judgment without regard to the merits and close the appeal. The motion is not signed by appellee's counsel and does not otherwise reflect "an agreement signed by the parties or their attorneys" to vacate the trial court judgment and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2); *see also* TEX. R. APP. P. 10.1(a)(5) (requiring certificate of conference). Accordingly, we deny the motion.

However, the existence of an actual controversy is essential to the exercise of appellate jurisdiction. *See, e.g.*, *Valley Baptist Med. Ctr. v. Gonzales*, 33 S.W.3d 821, 822 (Tex. 2000). Based on appellant's motion, it appears to the Court that it no longer has jurisdiction over this appeal.

Accordingly, unless the parties to this appeal demonstrate, within **14 days** of the date of this order and notice, that there is a live controversy between them as to the merits of this appeal, the appeal may be dismissed. *See* TEX. R. APP. P. 42.3(a).

It is so ORDERED.


Judge's signature: /s/ Jim Sharp
                 ☑ Acting individually    ☐ Acting for the Court

Date:  July 24, 2014